CV 12 - 4291

**Kauff McGuire & Margolis LLP**
**950 Third Avenue**
**Fourteenth Floor**
**New York, New York 10022**
**(212) 644-1010 (Tel)**
**(212) 644-1936 (Fax)**
*Attorneys for Defendant*

GLASSER, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

REYES, M.J.

---

DONALD P. MILIONE, DC,

        Plaintiff,

- against -

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND,

        Defendant.

---

**Index No. ____**

**ECF Case**

**7.1 STATEMENT**

FILED
CLERK
2012 AUG 27 AM 10:49
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

    Defendant New York City District Council of Carpenters Welfare Fund, by its attorneys, Kauff McGuire & Margolis LLP, certifies that it does not have any parent corporations and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 24, 2012

Respectfully submitted,

KAUFF McGUIRE & MARGOLIS LLP

By: _____
    Elizabeth O'Leary
    Marjorie B. Kulak

950 Third Avenue
Fourteenth Floor
New York, NY  10022
(212) 644-1010 (Tel)
oleary@kmm.com
kulak@kmm.com
*Attorneys for Defendant*

4841-6750-3888.1